**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHELKIE JANICEK | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:26-cv-02255-S |
| | ) | |
| SUNRISE CREDIT SERVICES, ET AL. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT UNITED REVENUE CORPORATION**

COMES NOW Plaintiff, by and through her attorneys, and hereby dismisses, with prejudice, Defendant United Revenue Corporation pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

**HALVORSEN KLOTE DAVIS**

By: /s/ Joel S. Halvorsen

Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO 63141

P: (314) 451-1314

F: (314) 787-4323
joel@hkdlawstl.com
*Attorneys for Plaintiff*