**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SHELKIE JANICEK<br><br>Plaintiff,<br>v.<br><br>SUNRISE CREDIT SERVICES, ET AL<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: **3:26-cv-02255-S-BT** |

**<u>PROPOSED ORDER OF DISMISSAL AS TO</u>**

**<u>DEFENDANT UNITED REVENUE CORPORATION</u>**

ON THIS DAY came on to be heard the above-styled and numbered case. Counsel of record for Shelkie Janicek has Filed a Notice of Voluntary of Dismissal in this matter. This Notice has asked the Court to dismiss all remaining claims against Defendant United Revenue Corporation with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that the Notice of Dismissal is GRANTED, and all remaining claims are to be dismissed with prejudice against Defendant United Revenue Corporation.

All relief not expressly granted in this Order is DENIED.

IT IS SO ORDERED.